**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEONEL CANTU LOPEZ, | No. 07-55676 |
| Petitioner - Appellant, | D.C. No. CV-06-00839-SVW |
| v. | |
| J. F. SALAZAR, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

California state prisoner Leonel Cantu Lopez appeals from the district court's

judgment denying his 28 U.S.C. § 2254 habeas petition.  We have jurisdiction

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 2253[1].  Following an independent review of the record, *see*

*Himes v. Thompson*, 336 F.3d 848, 853 (9th Cir. 2003), we conclude that the state

court's conclusion that some evidence supports the Board's decision was not

objectively unreasonable.  *See* 28 U.S.C. § 2254(d); *see also Hayward v. Marshall*,

No. 06-55392, 2010 WL 1664977, at *11, *17 (9th Cir. Apr. 22, 2010).

Cantu Lopez contends that the Board's 2005 decision to deny him parole

was not supported by "some evidence" and therefore violated his due process

rights.  The state court did not unreasonably conclude that some evidence supports

the Board's decision.  *See* 28 U.S.C. § 2254(d); *see also Hayward*, 2010 WL

1664977, at *11, *17 (9th Cir. Apr. 22, 2010).  Contrary to Cantu Lopez's

contention, both static and dynamic factors support the Board's determination.  *See*

*id*. at *10.

**AFFIRMED.**

---

[1]We certify for appeal, on our own motion, the issue of whether the 2005 decision of the California Board of Prison Terms to deny parole violated due process.

07-55676